IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE A. PINNOCK, </br></br>　　　　Plaintiff,</br></br>　　v.</br></br>MANUBHAI G. PATEL, and NIRUBEN M. PATEL, ,</br></br>　　　　Defendants.* | 2:13-cv-00304-GEB-EFB</br></br></br>STATUS (PRETRIAL SCHEDULING) ORDER |

　　　　The status (pretrial scheduling) conference scheduled for hearing on April 29, 2013, is vacated since the parties' Joint Status Report filed on April 8, 2013 ("JSR") indicates the following Order should issue.

DISMISSAL OF DOE DEFENDANTS

　　　　Since Plaintiff has not justified Doe defendants remaining in this action, Does 1-10 are dismissed. See Order Setting Status (Pretrial Scheduling) Conference filed February 19, 2013, at 2 n.2 (indicating that if justification for "Doe" defendant allegations not provided Doe defendants would be dismissed).

---

　　　　* 　　The caption has been amended according to the Dismissal of Doe Defendants portion of this Order.

1               SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

2          No further service, joinder of parties or amendments to
3 pleadings is permitted, except with leave of Court for good cause shown.

4                                  DISCOVERY

5          All discovery shall be completed by June 25, 2014. In this
6 context, "completed" means that all discovery shall have been conducted
7 so that all depositions have been taken and any disputes relative to
8 discovery shall have been resolved by appropriate orders, if necessary,
9 and, where discovery has been ordered, the order has been complied with
10 or, alternatively, the time allowed for such compliance shall have
11 expired.

12          Each party shall comply with Federal Rule of Civil Procedure
13 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on
14 or before January 24, 2014, and any contradictory and/or rebuttal expert
15 disclosure authorized under Rule 26(a)(2)(D)(ii) on or before February
16 24, 2014.

17                               MOTION HEARING SCHEDULE

18          The last hearing date for a motion is August 25, 2014,
19 commencing at 9:00 a.m.[1] A motion shall be briefed as prescribed in Local
20 Rule 230.

21          The parties are cautioned that an untimely motion
22 characterized as a motion in limine may be summarily denied.

23 ///
24 ///
25 ///
26
27
28    [1] This time deadline does not apply to motions for continuances, temporary restraining orders, emergency applications, or motions under Rule 16(e) of the Federal Rules of Civil Procedure.

FINAL PRETRIAL CONFERENCE

The final pretrial conference is set for October 20, 2014, at 2:30 p.m. The parties are cautioned that the lead attorney who WILL TRY THE CASE for each party shall attend the final pretrial conference. In addition, all persons representing themselves and appearing in propria persona must attend the pretrial conference.

The parties are warned that **non-trial worthy issues could be eliminated *sua sponte*** "[i]f the pretrial conference discloses that no material facts are in dispute and that the undisputed facts entitle one of the parties to judgment as a matter of law." Portsmouth Square v. S'holders Protective Comm., 770 F.2d 866, 869 (9th Cir. 1985).

The parties shall file a **JOINT** pretrial statement no later than seven (7) calendar days prior to the final pretrial conference. The joint pretrial statement shall address the applicable portions of Local Rule 281(b), and shall set forth each theory of liability ("claim") and affirmative defense which remains to be tried, and the ultimate facts on which each theory/defense is based. Furthermore, each party shall estimate the length of trial.[2] The Court uses the parties' joint pretrial statement to prepare its final pretrial order and could issue the final pretrial order without holding the scheduled final pretrial conference. See Mizwicki v. Helwig, 196 F.3d 828, 833 (7th Cir. 1999)("There is no requirement that the court hold a pretrial conference.").

If feasible, at the time of filing the joint pretrial statement counsel shall also email it in a format compatible with WordPerfect to: geborders@caed.uscourts.gov.

---

[2] If a trial by jury has been preserved, the joint pretrial statement shall also state how much time each party desires for voir dire, opening statements, and closing arguments.

TRIAL SETTING

Trial shall commence at 9:00 a.m. on January 21, 2015.

VOLUNTARY DISPUTE RESOLUTION PROGRAM ("VDRP")

Since the parties consent to VDRP, this matter is referred to VDRP.

IT IS SO ORDERED.

Dated: April 18, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge