UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE A. PINNOCK,<br><br>          Plaintiff,<br><br>     v.<br><br>MANUBHAI G. PATEL, and<br>NIRUBEN M. PATEL,<br><br>          Defendants. | No.  2:13-cv-00304-GEB-EFB<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

      This action was referred to the Voluntary Dispute Resolution Program ("VDRP"), and on July 7, 2014, a docket entry was made indicating the "case completed the VDRP process." The July 7, 2014 docket entry also states: "Defense counsel has informed the VDRP Administrator the case has settled."

      Accordingly, a dispositional document shall be filed no later than July 28, 2014. See E.D. Cal. R. 160(b) (prescribing that documents disposing of an action shall be filed "not . . . more than twenty-one (21) days from the date of [notice of settlement], absent good cause"). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See id. ("A failure to file dispositional papers on the date prescribed

1

1 | by the Court may be grounds for sanctions.").
2 |        IT IS SO ORDERED.
3 | Dated: July 16, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge